**19-10006-CR-MARTINEZ/SNOW**

FILED by **NF** D.C.

Apr 29, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

33 U.S.C. §1311(a)
33 U.S.C. §1319(c)(2)(A)
18 U.S.C. §2

UNITED STATES OF AMERICA,

-vs-

BONEFISH HOLDINGS, LLC,

_____**Defendant.** /

## INFORMATION

The United States Attorney charges that:

From on or about October 6, 2017 through on or about October 20, 2017, in Upper Matecumbe Key, Monroe County, in the Southern District of Florida, the defendant,

**BONEFISH HOLDINGS, LLC,**

did knowingly discharge, cause to be discharged, and aid and abet the discharge of pollutants, that is, dredged spoil, rock, biological material/vegetative debris, and sand from a point source into waters of the United States, without a permit issued under Title 33, United States Code, Section 1344, all in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(2)(A), and Title 18, United States Code, Section 2.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JODI A. MAZER
Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BONEFISH HOLDINGS, LLC,

Defendant.

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes \_\_\_\_ | No \_\_\_\_ |
| Number of new defendants | \_\_\_\_ | |
| Total number of counts | \_\_\_\_ | |

**Court Division**: (Select One)
- \_\_\_ Miami   ✓ Key West
- \_\_\_ FTL     \_\_\_ WPB   \_\_\_ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I   | 0 to 5 days | ✓ |
   | II  | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV  | 21 to 60 days | |
   | V   | 61 days and over | |

   (Check only one)

   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes \_\_\_\_   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes \_\_\_\_   No ✓

*Jodi A. Mazer* (signature)

JODI A. MAZER
SPECIAL ASSISTANT U. S. ATTORNEY
Court ID# 0186503

*Penalty Sheet(s) attached                                              REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** BONEFISH HOLDINGS, LLC

**Case No:** _____

Count #: 1

Discharge of Pollutants into Waters of the US

Title 33, United States Code, Section 1319(c)(2)(A)

**\* Max. Penalty**:     $500,000 + 5 years' Probation

Counts #:


**\*Max. Penalty:**

Counts #:


**\*Max. Penalty:**

Counts #:


**\*Max. Penalty:**


\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| BONEFISH HOLDINGS, LLC, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*